UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>YVETTE MONICA PHILLIPS,<br><br>                                    Defendant. | Case No.:  18cr0880 AJB<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT**<br><br>**(Doc. No. 141)** |

Pursuant to the Government's motion to dismiss the indictment in the above case under Fed. R. Crim. P. 48(a), the Court hereby grants dismissal, without prejudice of the indictment in this case.

IT IS SO ORDERED.

Dated:  May 6, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge

1

18cr0880 AJB